# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY O. SIMPSON,  No. CIV S-10-3052-CMK-P

      Plaintiff,

  vs.  ORDER

GABRIEL S. BORGES, et al.,

      Defendants.

_____ /

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. For cases such as this, which are based on federal question jurisdiction, the federal venue statute requires that the action be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, plaintiff is challenging medical treatment that was rendered, for the most part, at Queen of the Valley Hospital in Napa, California. Therefore, a substantial part of the

1  events giving rise to plaintiff's claim(s) arose in Napa County, which is within the boundaries of
2  the United States District Court for the Northern District of California.  Therefore, the court finds
3  that this action most appropriately proceeds in that district.  In the interest of justice, the court
4  will transfer this case.  See 28 U.S.C. § 1406(a).
5         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Northern District of California.

 DATED: January 21, 2011

                                   _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE